IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : CRIMINAL NO. JFM-13-0678 |
| | : |
| MICHAEL LEE, | : |
| Defendant. | ...oOo... |

**CONSENT ORDER OF FORFEITURE**

The defendant, having entered a plea of guilty to Counts One and Two of the Second Superseding Indictment in this case agrees to forfeit all of his rights, title, and interest in property involved in the aforementioned offense or is property traceable to such property of the offense to which he entered a plea of guilty; it is hereby ORDERED, ADJUDGED, AND DECREED that the following is FORFEITED to the United States pursuant to Fed.R.Crim.P. 32.2(b)(2), 28 U.S.C. § 2461 (c), 18 U.S.C. § 2253, and 21 U.S.C. § 853:

1. (U) Black LG cell phone, Model LOTUS,  s/n 811KPJP0214940
2. Black Sanyo Katana cell phone, FCC ID HAEZSCP-6614,
3. LG Cellphone s/n 304CYLH0545000,
4. Samsung Tablet, s/n- R63B953169Y
5. Watch BR0192SRR3961/999,
6. VERIZON SAMSUNG sch-u365 cell phone,
7. Samsung Galaxy Phone,HEX: A0000302D3D33
7. Samsung Cell Phone, MEID A0000044B546F0
8. TOSHIBA LAPTOP S/N#68168174K W/CHARGER
9. $950 currency

_Michael Lee_ (signature)
Michael Lee
Defendant

_Brendon Hurson_ (signature)
Brendon Hurson and Premal Dharia
Counsel for Defendant

So ordered:

3/30/15
Date

_J. Frederick Motz_ (signature)
Hon. J. Frederick Motz
United States District Judge