# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

October 24, 2016

MEMO TO COUNSEL RE:  United States of America v. Michael Lee
Criminal No. JFM-13-0678
Civil No. JFM-16-3044

Dear Counsel:

I request the government to file a supplemental response to petitioner's motion to vacate on the merits on or before November 29, 2016.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge

BY _____ DEPUTY
AT BALTIMORE
CLERK'S OFFICE
2016 OCT 24  PM 3: 03
DISTRICT OF MARYLAND
U.S. DISTRICT COURT
FILED