# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| | * | |
| v. | * | Criminal No. JFM-13-0678 |
| | * | Civil No. JFM-16-3044 |
| MICHAEL LEE | * | |

******

## MEMORANDUM

Plaintiff has filed this action for relief under *Johnson v. United States*, 135 S.Ct. 2551 (2015).

The Government has filed a motion to dismiss for untimeliness. Assuming, however, that the action is timely, plaintiff is not entitled to relief under *Johnson*. Plaintiff was convicted under 18 U.S.C. §1592(a)(3), to which *Johnson* does not apply.

A separate order denying the motion is being entered herewith.

    /s/
J. Frederick Motz
United States District Judge